PAPIERFABRIK AUGUST KOEHLER SE and Koehler America, Inc.,
Plaintiffs–Appellants,

and

Mitsubishi International Corporation, Mitsubishi Hitec Paper Flensburg GMBH and Mitsubishi Hitec Paper Bielefeld GMBH, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

International Trade Commission,
Defendant–Appellee.

and

Appleton Papers, Inc., Defendant–
Appellee.

No. 2012–1161.

United States Court of Appeals,
Federal Circuit.

Jan. 2, 2013.

Richard P. Ferrin, Drinker Biddle & Reath LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief was William Silverman.

Marc A. Bernstein, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee, International Trade Commission. With him on the brief were James M. Lyons, General Counsel, and Neal J. Reynolds, Assistant General Counsel for Litigation.

Joseph W. Dorn, King & Spalding LLP, of Washington, DC, argued for defendant-appellee Appleton Papers Inc. With him on the brief were Gilbert B. Kaplan and Brian E. McGill. Of counsel was Ashley C. Parrish.

RADER, Chief Judge, NEWMAN, and MAYER, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**